**PETITION UNDER 28 U.S.C. $ 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

RECEIVED

2007 JUN -5 A 9: 39

--------------------------------------------------------------------

United States District Court

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

District: Middle District of Alabama, Northern Division

--------------------------------------------------------------------

Name (under which you were convicted):  Docket or Case No: 2 07-CV· 491-WKW

Marcel Austin,  Montgomery County, Alabama Circuit Court  CC-2004-463

--------------------------------------------------------------------

Place of Confinement:      Prisoner No.:  AIS 236470
S. Louisiana Correctional Facility
3843 Stagg Avenue, Wolf 1, Basile, LA 70515

--------------------------------------------------------------------

Petitioner                          Respondent

 Marcel Austin    v.   State of Alabama

--------------------------------------------------------------------

The Attorney General of the State of  Alabama, Honorable Troy King

--------------------------------------------------------------------

## PETITION

1. (a) Name and location of court which entered the judgment of conviction
   you are challenging:

Montgomery County Circuit Court, 251 S. Lawrence St., Montgomery, AL 36104

  (b) Criminal docket or case number (if you know): CC-2004-463

2. (a) Date of judgment of conviction (if you know): 8-6-04

  (b) Date of sentencing: 8-6-04

3. Length of sentence: 45 years in the Department of Corrections.

4. In this case, were you convicted on more than one count or of more than one
   crime?  Yes [] No [X]

5. Identify all crimes of which you were convicted and sentenced in this case:
   Reckless Murder.

6. (a) What was your plea? (Check one)
   (1) Not guilty []   (3) Nolo contendere (no contest) []
   (2) Guilty [X]     (4) Insanity plea []

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead not guilty to?  N/A

   (c) If you went to trial, what kind of trial did you have? (Check one)
   Jury []   Judge only []

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes []  No [X]

8. Did you appeal from the judgment of conviction?
   Yes [x]  No []

9. If you did appeal, answer the following:

   (a) Name of court: Montgomery County Circuit Court.

   (b) Docket or case number (if you know): CC-2004-463

   (c) Result: Petitioner's Rule 32 application was denied.

   (d) Date of result (if you know): January 3, 2006.

   (e) Citation to the case (if you know): Not known.

   (f) Grounds raised: Ineffective assistance of counsel, suppression of exculpatory evidence by the prosecution.

   (g) Did you seek further review by a higher state court? Yes [x] No []

   If yes, answer the following:

   (1) Name of court: Alabama Court of Criminal Appeals

   (2) Docket or case number (if you know): CR-05-0850

   (3) Result: Trial court was affirmed

   (4) Date of result (if you know): June 7, 2006.

(5) Citation to the case (if you know): -------------------------------

(6) Grounds raised: Suppression of exculpatory evidence, ineffective assistance of counsel and abuse of discretion.

(h) Did you file a petition for certiorari in the United States Supreme Court?  Yes [] No [X]

If yes, answer the following:

(1) Docket or case number (if you know): ------------------------------

(2) Result: -----------------------------------------------------------

(3) Date of result (if you know): --------------------------------------

(4) Citation to the case (if you know): -------------------------------

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? Yes [] No [x]

11. If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:

(5) Grounds raised:
(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [] No []

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application or motion give the same

information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [] No []

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:  N/A

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of proceeding: N/A

(5) Grounds raised: ------------------------------------------------

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [] No []

(7) Result: -----------------------------------------------------

(8) Date of result (if you know): -------------------------------------

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  Yes [] No [X]
(2) Second petition: Yes [] No [x]
(3) Third petition:  Yes [] No []

(e) If you did not appeal to the highest state court having jurisdiction,
explain why you did not:  Limited resources and legal knowledge.

.

12. For this petition, state every ground on which you claim that you are being
held in violation of the Constitution, laws, or treaties of the United
States. Attach additional pages if you have more than four grounds. State
the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust
(use up) your available state-court remedies on each ground on which you
request action by the federal court. Also, if you fail to set forth all the
grounds in this petition, you may be barred from presenting additional
grounds at a later date.

GROUND ONE:

Petitioner believes he was deprived of his constitutional right to effective assistance of
counsel and that exculpatory evidence was withheld which materially prejudiced the
Defendant's position and forced him into a situation where he felt he had no choice but to
plead guilty to the charge against him. The Petitioner also asserts that his lawyer refused to
prepare his case for trial and instead exerted constant pressure on him to plead guilty. The
Petitioner does not feel the evidence was sufficient to sustain his conviction.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts
that support your claim.):

Petitioner was aware of the existence of a videotape which the police claimed to have in
their possession at his preliminary hearing.  This video tape reportedly contained images of
the Defendant checking out of a Montgomery are Winn Dixie Store at the same time as the
alleged murder for which he was convicted.  The Defendant claims his lawyer would take
no affirmative steps to force the state to produce this tape for their inspection.  The
Petitioner believes that with this videotape he would have been exonerated from the crime
he was charged with..

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:  Yes.

  (1) If you appealed from the judgment of conviction, did you raise this issue?  Yes [x] No []

  (2) If you did not raise this issue in your direct appeal, explain why:
  ------------------------------------------------------------------------

(d) Post-Conviction Proceedings:

  (1) Did you raise this issue through a post-conviction motion or petition? for habeas corpus in a state trial court? Yes [x] No []

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: Rule 32 Petition

  Name and location of the court where the motion or petition was filed: Montgomery County Circuit Court

  Docket or case number (if you know): CC-2004-463

  Date of the court's decision:1/3/06

  Result (attach a copy of the court's opinion or order, if available): Denied.

  (3) Did you receive a hearing on your motion or petition? Yes [] No [x]

  (4) Did you appeal from the denial of your motion or petition?
  Yes [x No []

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [x] No []

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: Alabama Court of Criminal Appeals

Docket or case number (if you know): CR-05-0850

Date of the court's decision: 6/7/06

Result (attach a copy of the court's opinion or order, if available): Trial court was affirmed.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ----------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:  None

GROUND TWO: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner believes he was deprived of effective assistance of counsel.  Petitioner asserts that his counsel would not take any steps to pursue evidence which would have exonerated him.  Petitioner asserts that his lawyer steadily pressured him to plead guilty and urged him to cooperate with law enforcement authorities rather than prepare his case for trial.  Petitioner asserts he would not have pled guilty but for the lack of effort asserted towards his case by his lawyer and her constant urging him to plead guilty.

(b) If you did not exhaust your state remedies on Ground Two, explain why:
The Petitioner did not appeal to the Supreme Court of Alabama due to limited resources and legal knowledge.

(c) Direct Appeal of Ground Two:  Yes.

(1) If you appealed from the judgment of conviction, did you raise this issue?  Yes [x] No []

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [x] No []

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 32 Petition

Name and location of the court where the motion or petition was filed: Montgomery Circuit Court

Docket or case number (if you know): CC-2004-463

Date of the court's decision: 1/3/06

Result (attach a copy of the court's opinion or order, if available): ----
---------------------------------------------------------------------

(3) Did you receive a hearing on your motion or petition? Yes [] No [x]

(4) Did you appeal from the denial of your motion or petition?
  Yes [x] No []

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue
  in the appeal? Yes [x] No []

(6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: Alabama Court of Criminal Appeals

  Docket or case number (if you know): CR-05-850

  Date of the court's decision: 6/7/06

  Result (attach a copy of the court's opinion or order, if available): Trial Court was affirmed.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
  why you did not raise this issue: ----------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ----------------------------------------------------

GROUND THREE: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ------------------------------------------------------

(b) If you did not exhaust your state remedies on Ground Three, explain why: -------------------------------------------------------------------------------

(c) Direct Appeal of Ground Three:

   (1) If you appealed from the judgment of conviction, did you raise this issue? Yes [] No []

   (2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [] No []

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: ----------------------------------------------

   Name and location of the court where the motion or petition was filed: -------------------------------------------------------------------------

   Docket or case number (if you know): -------------------------------------

   Date of the court's decision: --------------------------------------------

   Result (attach a copy of the court's opinion or order, if available): ---- -------------------------------------------------------------------------

   (3) Did you receive a hearing on your motion or petition? Yes [] No []

   (4) Did you appeal from the denial of your motion or petition? Yes [] No []

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [] No []

   (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ---------------
-------------------------------------------------------------------------

Docket or case number (if you know): --------------------------------------

Date of the court's decision: ----------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
-------------------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
why you did not raise this issue: ------------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus,
administrative remedies, etc.) that you have used to exhaust your state
remedies on Ground Three: -------------------------------------------------
-------------------------------------------------------------------------

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts
that support your claim.): -------------------------------------------------

(b) If you did not exhaust your state remedies on Ground Three, explain why:
-------------------------------------------------------------------------

(c) Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this
   issue?  Yes [] No []

   (2) If you did not raise this issue in your direct appeal, explain why:
   -------------------------------------------------------------------------

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition
   for habeas corpus in a state trial court? Yes [] No []

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: --------------------------------------------

Name and location of the court where the motion or petition was filed:
-------------------------------------------------------------------

Docket or case number (if you know): --------------------------------------

Date of the court's decision: ---------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
-------------------------------------------------------------------

(3) Did you receive a hearing on your motion or petition? Yes [] No []

(4) Did you appeal from the denial of your motion or petition?
   Yes [] No []

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue
   in the appeal? Yes [] No []

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ---------------
-------------------------------------------------------------------

Docket or case number (if you know): --------------------------------------

Date of the court's decision: ---------------------------------------------

Result (attach a copy of the court's opinion or order, if available): ----
-------------------------------------------------------------------

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
   why you did not raise this issue: -------------------------------------

(e) Other Remedies: Describe any other procedures (such as habeas corpus,
administrative remedies, etc.) that you have used to exhaust your state
remedies on Ground Four: -------------------------------------------------

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been
      presented to the highest state court having jurisdiction?

Yes [] No [X]

If your answer is "No," state which grounds have not been so presented
and give your reason(s) for not presenting them:   Petitioner was unaware of his legal
rights as he had no legal representation, had limited resources, and did not seek review
by the Alabama Supreme Court.

(b) Is there any ground in this petition that has not been presented in
some state or federal court? If so, which ground or grounds have not
been presented, and state your reasons for not presenting them: No all grounds  have
been previously presented.

14. Have you previously filed any type of petition, application, or motion in
a federal court regarding the conviction that you challenge in this
petition? Yes [] No [X]

If "Yes," state the name and location of the court, the docket or case
number, the type of proceeding, the issues raised, the date of the court's
decision, and the result for each petition, application, or motion filed.
Attach a copy of any court opinion or order, if available. ---------------

15. Do you have any petition or appeal now pending (filed and not decided yet)
in any court, either state or federal, for the judgment you are
challenging? Yes [] No [X]

If "Yes," state the name and location of the court, the docket or case
number, the type of proceeding, and the issues raised. -------------------

16. Give the name and address, if you know, of each attorney who represented
you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  Honorable Barry Teague (Deceased)

(b) At arraignment and plea:  Honorable Amy Smith, 22 Scott Street, Montgomery, AL
36104.

(c) At trial: N/A

(d) At sentencing: Honorable Amy Smith, 22 Scott Street, Montgomery, AL 36104.

(e) On appeal: N/A

(f) In any post-conviction proceeding: Pro Se.

(g) On appeal from any ruling against you in a post-conviction proceeding:
N/A

17. Do you have any future sentence to serve after you complete the sentence
for the judgment that you are challenging? Yes [] No [X]

(a) If so, give name and location of court that imposed the other sentence
you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges
the judgment or sentence to be served in the future? Yes [] No []

18. TIMELINESS OF PETITION: If your judgment of conviction became final over
one year ago, you must explain why the one-year statute of limitations as
contained in 28 U.S.C. $ 2244(d) does not bar your petition.*

The Petitioner is filing this Petition within the time limits prescribed by law.

Therefore, petitioner asks that the Court grant the following relief: Reverse his conviction
with appropriate orders to the trial court on how to proceed or any other relief to which
petitioner may be entitled.

Robert Troy Teague (TEA012)
906 S. Perry St., Suite 201
Montgomery, AL 36104
334-834-5553

I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct and that this Petition for Writ of Habeas Corpus
was placed in the prison mailing system on the 4th day of June, 2007.

Executed (signed) on _5-2-4-07_ (date).

_Marcelle Austin_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. N/A