Austin

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

|..||..||.....||..||.||..|..||

Hon. Troy King
Attorney General for the
State of Alabama
11 South Union Street
Montgomery, AL 36130

2:07cv491 (pet/order 20 day)

2. Article Number
(Transfer from service label)    7005 1160 0001 2556 6605

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _____ Bunes
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Givner                            6/8/07

Address different from item 1?  ☐ Yes
delivery address below:         ☐ No

3. Service Type
☒ Certified Mail       ☐ Express Mail
☐ Registered           ☐ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes