IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCEL AUSTIN )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, *et al.*, )<br>)<br>Respondents. ) | Civil Action No.2:07cv491-WKW |

RECEIVED
2007 JUL 17 P 1:09

## PETITIONERS RESPONSE TO SHOW CAUSE WHY HIS PETITION FOR HABEAS COPUS SHOULD NOT BE DENIED

Comes now the Petitioner, in the above styled case, and files his Answer in response to this Court's Order of June 27, 2007.

### POSITION

The Petitioner, having reviewed the briefs filed by Respondents, the Orders of this Court, and having researched the same, cannot dispute the validity of the this Court's findings in regards to the statute of limitations governing the filing time for a Federal Writ of *Habeas Corpus*. However, the Petitioner does urge this Court to consider that he lacks any formal legal training and had no representation for his post conviction remedies until his family hired his present lawyer in 2007. The Petitioner would urge this Court to consider the complex mental gymnastics necessary for an untrained *pro se* Defendant have correctly determined when his time to file his habeas action stopped and started again and then finally stopped, as juxtaposed by the magnitude of his simple claim of ineffective assistance of counsel. He believes the record reflects that exculpatory evidence was withheld from his defense and he further believes that his trial counsel failed to take steps to procure this video tape evidence which forced him to plead guilty

to a crime he claims to be innocent of. The Petitioner would urge this Court to consider that a manifest injustice will be worked upon him by this Court's failure to review his Federal Habeas claim upon the merits.

                        Robert Troy Teague (TEA012)
                        Attorney for Petitioner
                        906 S. Perry St., Suite 201
                        Montgomery, AL 36104
                        (334) 834-5553
                        E-mail: teague345@hotmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 17, 2007, I filed the foregoing with the Clerk of Court and certify that I have served a copy of the foregoing upon counsel of record by placing a copy of the same in the United States mail, first class postage prepaid and addressed as follows:

Ms. Yvonne A. H. Saxon, Esq.
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152

Mr. Marcelle Austin, AIS# 236470
PO Box 150
Mt. Meigs, AL 36057

                        Robert Troy Teague (TEA012)